IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| PAUL PALMER & DONNA ROSE, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:15-cv-13567 |
| | ) | |
| v. | ) | HONORABLE |
| | ) | VICTORIA A. ROBERTS |
| DELTA AIRLINES INC. & WAYNE | ) | |
| COUNTY AIRPORT AUTHORITY | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | / | |

NYMAN TURKISH PC
Jason M. Turkish (MI Bar # P76310)
Melissa M. Nyman (CA Bar #293207)
Ryan T. Kaiser (MI Bar # P79491)
20700 Civic Center Drive, Suite 115
Southfield, Michigan 48076
Phone: (248) 284-2480
Jason.Turkish@NymanTurkish.com
Melissa.Nyman@NymanTurkish.com
Ryan.Kaiser@NymanTurkish.com

*Attorneys for Plaintiffs*

DICKINSON WRIGHT PLLC
Timothy H. Howlett (P24030)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500
thowlett@dicksonwright.com

*Attorney for Defendant Delta*

ZAUSMER, AUGUST &
CALDWELL, P.C.
Gary K. August (P48730)
Jamie J. Janisch (P72516)
31700 Middlebelt Rd., Ste. 150
Farmington Hills, MI 48334
Phone: (248) 851-4111
gaugust@zacfirm.com
jjanisch@zacfirm.com

*Attorneys for Defendant WCAA*

**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF
DEFENDANT DELTA AIR LINES, INC.**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for Plaintiffs Paul Palmer and Donna Rose and Defendant Delta Air Lines, Inc. ("Delta"), pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that Defendant Delta only should be DISMISSED from the above-referenced case with prejudice and without an award of costs or fees to either party.

Stipulated to and presented on this 4th day of April, 2016.

Respectfully submitted,

NYMAN TURKISH PC

/s/ Jason M. Turkish
Jason M. Turkish, Michigan Bar # P76310
Ryan T. Kaiser, Michigan Bar # P79491
20700 Civic Center Drive, Suite 115
Southfield, Michigan 48076
Phone: (248) 284-2480
Fax: (248) 262-5024
Jason.Turkish@NymanTurkish.com
Ryan.Kaiser@NymanTurkish.com

*Co-Counsel for Plaintiffs*

Melissa M. Nyman, CA Bar #293207
5800 Stanford Ranch Road, Suite 720
Rocklin, California 95765
Phone: (916) 218-4340
Fax: (916) 218-4341
Melissa.Nyman@NymanTurkish.com

*Co-Counsel for Plaintiffs*

DICKINSON WRIGHT PLLC

/s/ Timothy H. Howlett (With Permission)
Timothy H. Howlett (P24030)
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313)223-3500
thowlett@dickinsonwright.com

*Attorney for Defendant Delta*

## **ORDER**

The parties having stipulated and agreed, it is SO ORDERED. Defendant Delta Air Lines, Inc. is DISMISSED from the above-referenced case with prejudice and without an award of costs or fees to any party.

DATED this 6th day of April, 2016.

S/Victoria A. Roberts
The Honorable Victoria A. Roberts
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I certify that on April 4, 2016, the foregoing document was filed using the Court's ECF system which will generate notice to all counsel of record.

/s/ Jason M. Turkish
Jason M. Turkish P76310