UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA ROSE and PAUL PALMER,

        Plaintiffs,                    Case Number 15-13567
v.                                        Honorable David M. Lawson

WAYNE COUNTY AIRPORT AUTHORITY,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion and order entered on this date,

It is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

                                  s/David M. Lawson
                                  DAVID M. LAWSON
                                  United States District Judge

Dated: September 29, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 29, 2016.

                        s/Susan Pinkowski
                        SUSAN PINKOWSKI